# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRIDGET MORENO, ELIA QUIROGA, and DAVID WARD, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDCARE MANAGEMENT, INC.<br><br>Defendant. | § § § § § § § § § § § § § § | Case No. SA07-CA-0284-OG |

## DECLARATION OF SUSAN GRECO

I, SUSAN GRECO, hereby declare, subject to the pains and penalties of perjury, as follows:

1. I am the Vice President of the Human Resources Department at Defendant EDCare Management, Inc. ("EDCare"), and have served in other management and administrative capacities for EDCare. I make this affidavit out of personal knowledge unless indicated otherwise.

2. EDCare is in the business of, among other things, providing management services to hospital emergency departments. Some of EDCare's functions include recruiting professionals, coordinating the schedules of healthcare professionals for emergency room coverage, and billing for services rendered.

{B0637979; 1}

3.  As a general matter, for each hospital with which EDCare establishes a relationship, either a subsidiary or a professional limited liability corporation is formed. I have been involved with the formation or registration of many such entities. In Texas, EDCare is not a "member" of the professional limited liability corporations that contract with the hospitals.

4.  Bridgette Moreno, Elia Quiroga and David Ward (collectively the "Plaintiffs") do not receive their wages from EDCare. The Plaintiffs receive their wages from Southwest General Emergency Physicians, PLLC, of Texas ("Southwest"). EDCare is not a member of Southwest.

5.  Attached hereto as Exhibit A are redacted copies of W2 forms for the Plaintiffs for 2006. Aside from the employees' names, I have had their personal identifying information, addresses, tax identification numbers, and dollar amounts redacted for this public filing.

6.  Each of the Plaintiffs' W2 forms identifies the employer as Southwest, not EDCare.

7.  EDCare does not demand a particular schedule from any of the Plaintiffs or other nurse practitioners and physician assistants at Southwest. During at least the past couple of years, Plaintiff Moreno has played a substantial role in setting the schedules for nurse practitioners and physician assistants who work for Southwest. As I understand it, each nurse practitioner and physician assistant has typically determined the schedule that he or she wants to work each month, as well as the days on which he or she is unavailable.

I hereby certify that the foregoing is true and correct to the best of my knowledge, this __ day of May, 2007, subject to the pains and penalties of perjury.

*Susan Greco*
Susan Greco

{B0637384; 1}

**REDACTED**

| a Control number 100012 04/MWT | Void ☐ | OMB No. 1545-0008 MWT | 000001 | 100012 |
|---|---|---|---|---|

| b Employer identification number (EIN) | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| c Employer's name, address, and ZIP code<br>SOUTHWEST GENERAL<br>EMERGENCY<br>3107 STIRLING RD STE 300<br>FT LAUDERDALE FL 33312 | | 3 Social security wages | 4 Social security tax withheld |
| | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name   Suff. | | 11 Nonqualified plans | 12a See instructions for box 12<br>D |
| | | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b |
| | | 14 Other | 12c |
| | | | 12d |
| f Employee's address and ZIP code | | | |

| 15 State TX | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement   **2006**   Department of the Treasury—Internal Revenue Service
Copy D—For Employer.   For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

**REDACTED**

| a Control number 100013 04/MWT | | | | |
|---|---|---|---|---|
| b Employer identification number (EIN) | Void ☐ | OMB No. 1545-0008 MWT | 000001 | 100013 |

| c Employer's name, address, and ZIP code | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| SOUTHWEST GENERAL EMERGENCY 3107 STIRLING RD STE 300 FT LAUDERDALE FL 33312 | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| d Employee's social security number | 7 Social security tips | 8 Allocated tips |
| e Employee's first name and initial   Last name   Suff. | 9 Advance EIC payment | 10 Dependent care benefits |
| | 11 Nonqualified plans | 12a See instructions for box 12 D |
| | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State TX | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** Wage and Tax Statement    **2006**    Copy D—For Employer.

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

REDACTED

| a Control number 100002 04/MWT | | Void ☐ | OMB No. 1545-0008 MWT | 000001 | 100002 |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld | |
| c Employer's name, address, and ZIP code<br>SOUTHWEST GENERAL<br>EMERGENCY<br>3107 STIRLING RD STE 300<br>FT LAUDERDALE FL 33312 | | | 3 Social security wages | 4 Social security tax withheld | |
| | | | 5 Medicare wages and tips | 6 Medicare tax withheld | |
| | | | 7 Social security tips | 8 Allocated tips | |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's first name and initial    Last name    Suff. | | | 11 Nonqualified plans | 12a See instructions for box 12<br>D | |
| | | | 13 Statutory employee ☐   Retirement plan ☒   Third-party sick pay ☐ | 12b | |
| | | | 14 Other | 12c | |
| | | | | 12d | |
| f Employee's address and ZIP code | | | | | |
| 15 State   Employer's state ID number<br>TX | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement    2006    Department of the Treasury—Internal Revenue Service
Copy D—For Employer.    For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.